IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
**PLAINTIFF,**

**v.**  **CIVIL CASE NO. 2:18-cv-165-KS-MTP**
**REAL PROPERTY LOCATED AT**
**19 CRANE PARK, HATTIESBURG,**
**LAMAR COUNTY, MISSISSIPPI,**
**WITH ALL APPURTENANCES,**
**IMPROVEMENTS, AND FIXTURES**
**THEREON,** *ET AL.,*  **DEFENDANT PROPERTY.**

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before this Court is the Joint Motion for Interlocutory Sale of Property [ECF No. 301] and the attached Joint Agreement for the Interlocutory Sale of Property [ECF No. 301-1] by Plaintiff United States of America and Claimant Joele N. Smith, seeking authorization to complete the interlocutory sale of "Defendant Property C-031," which is commonly known as:

> Lot D-2 (Parcel No. 1-050C-04-001.10) and Lot D-3 (Parcel No. 1-050C-04-001.02), Providence Subdivision, Forrest County, MS, titled to Joele Smith.

> Lots D-2 and D-3 of Providence Subdivision, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Forrest County, Mississippi, at Cabinet B, Slide 67; together with all improvements thereon and appurtenances thereunto belonging;

in order to preserve and protect presently existing equity in Defendant Property C-031. Having read and considered the Joint Motion and attached Agreement, the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the parties conduct the referenced sale according to the procedures specified in the Agreement; and

IT IS FURTHER ORDERED that the stay in this case is lifted for the limited purpose of this Order.

SO ORDERED, this  13th   day of    November          , 2019.

 s/Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

Prepared and presented by:
/s/ Marc A. Perez, AUSA