IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA,**                                      **PLAINTIFF,**

**v.**                                  **CIVIL CASE NO. 2:18-cv-165-KS-MTP**

**REAL PROPERTY LOCATED AT**
**19 CRANE PARK, HATTIESBURG,**
**LAMAR COUNTY, MISSISSIPPI**
**WITH ALL APPURTANCES,**
**IMPROVEMENTS, AND FIXTURES**
**THEREON, ET AL.,**                                **DEFENDANT PROPERTY.**

## ORDER PARTIALLY LIFTING STAY

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the stay is lifted in the instant civil forfeiture action as to the following assets:

| | |
|---|---|
| A-010 (a/k/a 16-IRS-000876) | $2,085.70 seized from The First account number 15002652, an account in the name IPMSI Holdings, LLC, Series AA, with authorized signer Chandler Smith. |
| A-028 (a/k/a 16-DCI-000082) | $4,894.44 seized from Magnolia account number 8601155, an account in the name of Lil Mad Consulting, LLC, with authorized signers Bonnie Smith and Chandler Smith. |
| A-092 (a/k/a 16-DCI-000093) | $167,711.21 seized from Brinker 676209484, an account in the name of Lil Mad Consulting, LLC Retirement Plan, with authorized signer Chandler Smith. |
| C-013 (a/k/a 17-DCI-000087) | 650 North Black Creek Road, Sumrall, Lamar County, Mississippi, further described in Exhibit #1, titled to Charles C. and Bonnie Smith. |

The stay is continued as to the remainder of the assets in the case. The United States is ordered to proceed with this case pursuant to the requirements of Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

SO ORDERED. This __5th__ day of January, 2021.

                                                       ___s/Keith Starrett_____
                                                       KEITH STARRETT
                                                       United States District Judge