

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

May 29 2024

Arthur Johnston, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO.   2:18-cv-165-KS-MTP** |
| **REAL PROPERTY LOCATED AT 19 CRANE PARK, HATTIESBURG, LAMAR COUNTY, MISSISSIPPI, IMPROVMENTS, AND FIXTURES THEREON, ET AL** | **DEFENDANT PROPERTY** |

### ORDER ON MOTION TO ENFORCE SETTLEMENT OF CIVIL CONTEMPT, ETC.

THIS CAUSE IS before the Court on Motion to Enforce Settlement of Civil Contempt [385] as to Jamie Hataway, filed by the United States of America, by and through the United States Attorney requesting this Court to enforce the terms of settlement between the parties, regarding Jamie Hataway's civil contempt and for his willful failure to comply with the terms of settlement reached by the United States and Hataway's Motion for Order to Show Cause for Civil Remedial Contempt [373].   The Court has reviewed the motion and read the transcript of the announcement by the parties of the settlement. The settlement was put on record following the parties reaching the settlement agreement.   The Government alleges that the respondent, Jamie Hataway, has not paid any sums toward the settlement amount and that he is in contempt of this Court.

The Court retained the right to enforce the settlement agreement and finds that the parties should be and appear before this Court on the   25th   day of June 2024, at 10:00 AM, Courtroom 1, Colmer Federal Building, Hattiesburg, MS, in order to determine whether or not the respondent, Jamie Hataway, is in contempt of this court for his failure to comply with the

settlement agreement. This order is to be placed on record and filed in the above styled and numbered cause. Notice of the hearing will go out through the electronic case filing system to the attorneys and the Court further orders that a copy of this order be served by the United States Marshal Service on respondent, Jamie Hataway.

SO ORDERED this the  29th  day of May 2024.

                                       /s/Keith Starrett
                                       KEITH STARRETT
                                       SENIOR UNITED STATES DISTRICT JUDGE