IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                        CIVIL ACTION NO.   2:18-cv-165-KS-MTP

REAL PROPERTY LOCATED AT
19 CRANE PARK, HATTIESBURG,
LAMAR COUNTY, MISSISSIPPI
WITH ALL APPURTANCES,
IMPROVEMENTS, AND FIXTURES
THEREON, ET AL.                                             DEFENDANT PROPERTY

## ORDER SETTING SHOW CAUSE HEARING

Before the Court is the United States of America's Motion to Enforce Settlement and Extension Agreement. [391]. The Government asserts that Jamie Hataway has a remaining balance due and owning under the Settlement and Extension Agreement ("Agreement") that the parties executed following a hearing before the Court on June 25, 2024. Under the Agreement, all settlement monies were to be paid no later than November 1, 2024. *See* [391-1]. Upon review of the docket, the Court finds that Jamie Hataway also failed to file any notice on the docket per the Agreement. In the current Motion, the Government requests a show cause hearing, which is granted. Therefore,

IT IS HEREBY ORDERED that **a hearing shall be held on December 3, 2024 at 10:00 a.m. in Courtroom 1 at the Colmer Federal Building in Hattiesburg, Mississippi**, at which time Jamie Hataway shall show cause as to why the full amount due and owing under the parties' Settlement and Extension Agreement has not been paid, why monthly updates were not filed with the Court, and why the Government's costs and expenses related to enforcement of the Settlement and Extension Agreement should not be paid. Because counsel made an appearance for Jamie

Hataway at the hearing on June 25, 2024 and is now listed on the docket, this Order will go out through the electronic case filing system to the attorneys, and no personal service upon Mr. Hataway is required.

SO ORDERED AND ADJUDGED this 25th day of November 2024.

/s/ Keith Starrett
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE